**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Cherod Johnson and Cidney Dunster, Defendants,

Of whom Cidney Dunster is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000220

─────────────

Appeal From Darlington County
Cely Anne Brigman, Family Court Judge

─────────────

Unpublished Opinion No. 2021-UP-355
Submitted October 7, 2021 – Filed October 12, 2021

─────────────

**AFFIRMED**

─────────────

Sarah Crawford Campbell, of Campbell Law, LLC, of Chesterfield, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm LLC, of Mauldin, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

_____

**PER CURIAM:**  Cidney Dunster appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Dunster's counsel.

**AFFIRMED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.